IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SAFIR S. KAZI,

       Appellant,

  v.

Case No. 5D22-2826
LT Case No. 2022-CF-002049-A

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed July 3, 2023

Appeal from the Circuit Court
for Seminole County,
Melissa Souto, Judge.

Matthew J. Metz, Public Defender,
and Betty Wyatt, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Richard A. Pallas,
Jr., Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., LAMBERT and JAY, JJ., concur.